CONNECTICUT SAVINGS AND LOAN ASSOCIATION *v.*
WILBERT MITCHELL ET AL.

The plaintiff's motion to expedite the appeal from the Superior Court in Hartford County is denied.

*Jeffrey M. Mines,* in support of the motion.

Submitted January 17—decided February 5, 1974

COLT EMPLOYEES FEDERAL CREDIT UNION *v.* ADRIEN
J. LAGASSIE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*William J. St. John, Jr.,* in support of the petition.

*James M. Marinelli,* in opposition.

Submitted January 24—decided February 5, 1974

GARY HIGGINS *v.* CARL ROBINSON, WARDEN,
CONNECTICUT CORRECTIONAL INSTITUTION,
SOMERS, ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*James W. Greene, Jr.,* for the plaintiff.

*John F. Bianchi,* state's attorney, for the defendants.